# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**JUNE WILDMON**                                                                         **PLAINTIFF**

**VS.**                            **CAUSE NO. 1:08cv173-A-D**

**EMC NATIONAL LIFE COMPANY,**
**CHARLES S. BARRETT, JOHN D. GILLIAM**
**D/B/A BENEFIT CONCEPTS, P.A.**                                    **DEFENDANTS**

## F.R.C.P. 54(b) FINAL JUDGMENT REGARDING
## JOHN D. GILLIAM D/B/A BENEFIT CONCEPTS, P.A.

THIS CAUSE HAVING COME ON FOR HEARING on motion *ore tenus* of John D. Gilliam d/b/a Benefit Concepts, P.A., to dismiss the plaintiff's cause of action with prejudice against John D. Gilliam d/b/a Benefit Concepts, P.A., consistent with this Court's Memorandum Opinion and Amended Order (Doc. 30) dismissing John D. Gilliam d/b/a Benefit Concepts, P.A., and the Court, having considered the same and being fully advised in the premises, is of the opinion that said motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the entry of final judgment as to the plaintiff's claims against John D. Gilliam d/b/a Benefit Concepts, P.A., in the above case shall be made since there is no just reason for delay in entering such a final judgment with respect to defendant, John D. Gilliam d/b/a Benefit Concepts, P.A., as contemplated by F.R.C.P. 54(b).

IT IS FURTHER ORDERED AND ADJUDGED, pursuant to the terms of F.R.C.P. 54(b), that the clerk is directed to enter the final judgment as set forth herein, thereby making this a final judgment with respect to the plaintiff's claims against John D. Gilliam d/b/a Benefit Concepts, P.A. even though this Order shall not terminate the entire cause of action since the

plaintiff shall continue to pursue her claims against the remaining defendant.

SO ORDERED AND ADJUDGED, this the 23rd day of March, 2009.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**